# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

IN RE: Elpida Memory Inc.
_____

| | | |
|---|---|---|
| Steering Committee of the Ad Hoc Group of Bondholders of Elpida Memory, Inc., | : : : | |
| Appellants, | : : | |
| v. | : : | C. A. No. 13-558 |
| Yukio Sakamoto et al., | : : | Bankruptcy Case No. 12-10947 AP No. 13-25 |
| Appellees. | : | |

## **RECOMMENDATION**

At Wilmington this **20th** day of **May, 2013**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, teleconferences were held on May 16 and 20, 2013, for an initial review and discussion with counsel to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral

for mediation and proceed through the appellate process of this Court.  The parties have advised there will be no objections filed to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE